IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FREDERICK LEE PITCHFORD                                                                  PLAINTIFF

vs.                                           3:06CV00140-WRW

CITY OF EARLE, ARKANSAS, et al                                                        DEFENDANTS

## ORDER

On August 4, 2006, the above styled matter was filed in the United States District Court, Eastern District of Arkansas, Jonesboro Division. At the time Mr. Pitchford's Complaint was filed, the statutory $350 filing fee was not paid nor was a Motion to Proceed In Forma Pauperis filed with the Complaint. The Plaintiff is directed to pay the $350 filing fee or, file a Motion to Proceed In Forma Pauperis within 30 days of the date of this Order. Failure to respond to this Order may result in this case being dismissed for want of prosecution. The Clerk is directed to send Mr. Pitchford a copy of this Order along with a Motion to Proceed In Forma Pauperis.

IT IS SO ORDERED this 28th day of September, 2006.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

ord.filingfee.wpd